# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Saul Amezcua-Penaloza, | No. CV-25-02447-PHX-DJH (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| John Cantu, et al., | |
| Respondents. | |

On July 12, 2025, Petitioner Saul Amezcua-Penaloza filed a Motion for Temporary Restraining Order enjoining Respondents "(1) from continuing to detain him based on an unlawful action by ICE, (2) ordering his immediate release from immigration detention; and (3) from re-arresting Petitioner-Plaintiff Amezcua-Penaloza until he is afforded a hearing before a neutral decisionmaker, as required by the Due Process clause of the Fifth Amendment, to determine whether circumstances have materially changed such that his re-incarceration would be justified because there is clear and convincing evidence establishing that he is a danger to the community or a flight risk." (Doc. 2 at 2.)

On August 1, 2025, Respondents filed a Notice of Non-Opposition to Petitioner's Motion for Temporary Restraining Order indicating "the Government hereby gives notice to the Court that Respondents do not oppose Petitioner's motion for a temporary restraining order and the relief requested therein." (Doc. 12 at 2.) Because Respondents do not oppose Petitioner's motion, it is granted. No bond is appropriate. Respondents must file a status update no later than Thursday August 7, 2025.

1   **IT IS THEREFORE ORDERED** the Motion for Temporary Restraining Order (Doc. 2) is **GRANTED**.  Petitioner shall be released from immigration detention.  No bond is appropriate.

**IT IS FURTHER ORDERED** Respondents must file a status update no later than Thursday August 7, 2025.

**IT IS FURTHER ORDERED** the Motion for Extension of Time to Respond to the Petition is **GRANTED** and Respondents' Response to the Petition is due on August 18, 2025.

Dated this 5th day of August, 2025.

Honorable Diane J. Humetewa
United States District Judge