# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Saul Amezcua-Penaloza,<br><br>    Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>    Respondents. | No. CV-25-02447-PHX-DJH (CDB)<br><br>**ORDER** |

Petitioner filed a § 2241 Petition and motion for injunctive relief seeking release from immigration custody (Doc. 1). Respondents did not oppose entry of a temporary restraining order and the Court granted the request. Petitioner has now been released from custody without conditions. Petitioner did not file a reply in support of her Petition; the Court will therefore require Petitioner to show cause why the Petition should not be dismissed as moot.

**IT IS THEREFORE ORDERED** no later than September 18, 2025, Petitioner must show cause why the Petition should not be dismissed as moot.

Dated this 15th day of September, 2025.

Honorable Diane J. Humetewa
United States District Judge